Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| YVONNE CHAMBERS,<br>   Plaintiff,<br><br>  v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>   Defendant. | 3:10-CV-01094-HZ<br><br>PROPOSED ORDER FOR<br>ATTORNEY FEES UNDER<br>42 U.S.C. § 406(b) |

  The court finds and orders an attorney fee of $12,829.75 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $5,726.44 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $12,829.75 Plaintiff's attorney will refund to Plaintiff the EAJA fee that was paid to Plaintiff's attorney.

  Dated this 10th day of November 2011.

               /s/ Marco A. Hernandez
               Marco A. Hernandez
               United States District Judge